## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WAYNE RENO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.:  6:19-cv-01152-CLM-HNJ |
| | ) | |
| WALKER COUNTY JAIL, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

On October 21, 2019, the magistrate judge entered a report recommending Petitioner Christopher Wayne Reno's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice for lack of prosecution.  (Doc. 6). Although the magistrate judge advised Petitioner of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

After careful consideration of the record in this case and the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendation.  In accordance with the recommendation, the court finds that the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE** for **LACK OF PROSECUTION**.

A separate order will be entered.

**DONE** and **ORDERED** this 15th day of January, 2020.

_____

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE